# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MARY BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-CV-01244-RLW |
| RIVERVIEW GARDENS SCHOOL DISTRICT, et al., | ) ) ) ) |
| Defendant(s). | ) |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

### Option 2

☒ An ADR conference was held on: _June 26, 2023_

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on _June 24, 2023_.
The parties [☒ did  ☐ did not] achieve a settlement. ***Check one***

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _6/26/23_          Neutral: _Karen Tokarz_
                                    TOKARZ, KAREN L.
                                    Signature