IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **MARY BUTLER,** <br> Individually, and as surviving mother of <br> S.B., dec'd, <br><br> Plaintiff, <br><br> v. <br><br> **RIVERVIEW GARDENS SCHOOL DISTRICT, et al.** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 4:22-cv-01244-RLW <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION TO APPROVE
## SETTLEMENT AND APPORTIONMENT

COME NOW, Plaintiff, and with the consent and agreement of Defendants, ask that the Court, following the hearing to be noticed concurrently with this Motion (for August 15th), approve the settlement reached by and among the parties, and the apportionment thereof. Plaintiff will file a separate Motion to Approve, and a Proposed Order and Judgment, following this hearing and referencing the matters set forth therein.

WHEREFORE Plaintiff, respectfully request this honorable court enter its judgment approving settlement of this case and apportionment as set forth at the hearing referenced above.

Respectfully submitted,

THE SCHINDLER LAW FIRM, P.C.

/s/ Joshua M. Schindler
Joshua M. Schindler, #37891(MO)
Brian P. Doty, #61391(MO)
7710 Carondelet Ave., Suite 333
St. Louis, MO 63105
(314) 862-1411
(314) 862-1701 (fax)
josh@schindlerlawfirm.com
Attorney for Plaintiff