## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **MARY BUTLER,** )<br>Individually, and as surviving mother of )<br>S.B., dec'd, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RIVERVIEW GARDENS SCHOOL** )<br>**DISTRICT, et al.** )<br>)<br>Defendants. ) | Case No.: 4:22-cv-01244-RLW |

### MEMORANDUM TO COURT REGARDING SETTLEMENT APPROVAL HEARING

COMES NOW Plaintiff, and with the approval of all parties, hereby notifies the court that an agreement as to apportionment has been reached. Counsel will appear for the scheduled Approval Hearing (August 29, 2023), to provide the Court with Affidavits from Plaintiff and Mr. Dickerson, the Settlement Agreement with Defendants, and a Proposed Order setting forth the apportionment Ms. Butler and Mr. Dickerson ask the Court to approve concurrently with such agreement.

Respectfully submitted,

THE SCHINDLER LAW FIRM, P.C.

/s/ Joshua M. Schindler
Joshua M. Schindler, #37891(MO)
Brian P. Doty, #61391(MO)
7710 Carondelet Ave., Suite 333
St. Louis, MO 63105
(314) 862-1411
(314) 862-1701 (fax)
josh@schindlerlawfirm.com
Attorney for Plaintiff